IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:98-cr-00058-MP-AK

DERRICK DONTEA WALKER,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 202, Motion for Reduction of Sentence, pursuant to 18 U.S.C. § 3582, filed by Derrick Dontea Walker. The government responded, Doc. 203. Because of prior drug convictions, Mr. Walker was sentenced to life imprisonment based on the mandatory minimum imposed by 21 U.S.C. § 841(b)(1)(A), which remained unchanged by the Guidelines Amendments. "Where a statutorily required minimum sentence is greater than the maximum of the applicable guidelines range, the statutorily required minimum sentence shall be the guideline sentence." U.S.S.G. § 5G1.1(b); accord United States v. Goff, 6 F.3d 363, 366-67 (6th Cir. 1993) ("As the guidelines themselves recognize, where a statutory mandatory minimum sentence and the guidelines conflict, the guidelines must yield, and the statutory minimum sentence prevails."). Thus, regardless of any change in his Guidelines range, Mr. Walker is still subject to the mandatory minimum of life imprisonment. The motion at Doc. 202 is denied.

**DONE AND ORDERED** this  _3rd_  day of June, 2009

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge